IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR238 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| RAFAEL POSADAS, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 15th day of April, 2009, this matter is before the Court on the United States' Motion for Dismissal (Filing No. 77). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave is Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Rafael Posadas.

2. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Rafael Posadas.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Court Judge